JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**ANNI MA,**

        Plaintiffs,

    v.

**CITY OF LOS ANGELES, et al.,**

        Defendants.

Case No. CV 16-5819-DMG (RAOx)

**JUDGMENT**

| | |
|---|---|
| 1 | On September 11, 2017, this Court having granted in part Defendants' motion for |
| 2 | summary judgment on Plaintiff's federal claims and dismissed without prejudice |
| 3 | Plaintiff's state law claims, |

On September 11, 2017, this Court having granted in part Defendants' motion for summary judgment on Plaintiff's federal claims and dismissed without prejudice Plaintiff's state law claims,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants City of Los Angeles, City of Los Angeles Police Department, Officer David Weston #28719, Officer Elmer Fernandez #38391, Sergeant David Martinez #32878, Sergeant Rudy Vidal #23398, and Sergeant Hope Young #33443 and against Plaintiff Anni Ma.

**IT IS SO ORDERED.**

DATED: September 11, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE